IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) MANUEL DE JESUS CEDEÑO-VILORIO<br>2) CARLOS MAESTRE-ASTACIO<br>3) LUIS EDUARDO PINZON-MAHECHA<br>4) JUAN AGUILAR-MORALES<br>5) JUAN RAFAEL MOTA-CEDEÑO<br>**6) DAVID FLORES-ARRIAGA**<br>Defendants | CRIMINAL 10-0114CCC |

**ORDER**

Having considered the Report and Recommendation filed on March 22, 2012 (**docket entry 86**) on a Rule 11 proceeding of defendant David Flores-Arriaga (6) held before U.S. Magistrate Judge Bruce J. McGiverin on March 21, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 21, 2012. The **sentencing hearing is set for June 19, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 18, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge